IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 4:08CV3236 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| PRANTZ, Nebraska State Trooper, | ) | |
| and JONES, Nebraska State Trooper, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 8.) In his Motion, Plaintiff seeks reconsideration of the court's January 7, 2009 Memorandum and Order and Judgment which dismissed Plaintiff's Complaint without prejudice. (Filing Nos. 6 and 7.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its January 7, 2009 Memorandum and Order or Judgment.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (filing no. 8) is denied.

February 6, 2009.     BY THE COURT:

*s/Richard G. Kopf*
United States District Judge